**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERTA ANN STEVENS, ) | |
|     Plaintiff, ) | |
| v. ) | 2:16-cv-00277-JCM-GWF |
| JO GENTRY et al., ) | **ORDER** |
|     Defendants. ) | |
| _____ ) | |

**I.  DISCUSSION**

On October 31, 2016 and November 15, 2016, the Attorney General's Office represented that outside counsel would file a substitution of counsel for Defendants Tanya Hill and Silver State Industries and would also represent Defendant Sherrie Horton.  (ECF No. 8 at 2; ECF No. 10 at 2).  The Attorney General's Office stated that Ms. Ginapp would file a substitution of counsel after the Attorney General's Office filed its contemporaneous statement to the results of the 90-day stay and the 90-day stay report.  (ECF No. 10 at 2).  The Attorney General's Office has filed both of those documents yet Ms. Ginapp as not filed a substitution of counsel.  (*See* ECF No. 9, 10).  Ms. Ginapp shall file a substitution of counsel on or before Wednesday, December 7, 2016.  If Ms. Ginapp does not file a substitution of counsel on or before that date, the Court will issue a service order and return this case to its normal litigation track.  The Court will address the motion to extend the stay (ECF No. 8) after the resolution of the substitution of counsel issue.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Ms. Ginapp shall file a substitution of counsel on or before Wednesday, December 7, 2016.

      IT IS FURTHER ORDERED that if Ms. Ginapp does not file a substitution of counsel on or before Wednesday, December 7, 2016, the Court will issue a service order and return this case to its normal litigation track.

      DATED: This 28th day of November, 2016.

                                       *George Foley Jr.*
                                     United States Magistrate Judge