**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ROBERTA ANN STEVENS, | ) | |
|     Plaintiff, | ) ) | |
|     v. | ) ) | 2:16-cv-00277-JCM-GWF |
| JO GENTRY et al., | ) ) | **ORDER** |
|     Defendants. | ) ) | |
| _____ | ) | |

## I. DISCUSSION

On October 31, 2016 and November 15, 2016, the Attorney General's Office represented that outside counsel would file a substitution of counsel for Defendants Tanya Hill and Silver State Industries and would also represent Defendant Sherrie Horton. (ECF No. 8 at 2; ECF No. 10 at 2). The Attorney General's Office stated that Ms. Ginapp would file a substitution of counsel after the Attorney General's Office filed its contemporaneous statement to the results of the 90-day stay and the 90-day stay report. (ECF No. 10 at 2).

On December 6, 2016, Ms. Ginapp filed a motion for substitution of counsel for Defendants Tanya Hill, Silver State Industries, and Brian Connett. (ECF No. 12 at 2). The Court grants the motion for substitution. The Court directs Ms. Ginapp to file a notice with the Court explaining her representation status with Defendant Sherrie Horton.

The Court grants the motion to extend the stay. (ECF No. 8). This case is stayed until Friday, March 3, 2017. The Court will schedule a second early mediation conference. Defendants shall file a version of the report attached to this order regarding the results of the stay on or before Friday, March 3, 2017.

. . .

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for substitution (ECF No. 12) is granted.

IT IS FURTHER ORDERED that Ms. Ginapp shall file a notice explaining her representation status with Defendant Sherrie Horton within seven (7) days from the date of this order.

IT IS FURTHER ORDERED that the motion to extend stay (ECF No. 8) is granted. The stay is extended until Friday, March 3, 2017. Defendants shall file a version of the report form attached to this order on or before that date.

IT IS FURTHER ORDERED that the Court will refer this case to the Court's inmate early mediation program. The Court will enter a subsequent order scheduling this case for a second mediation.

DATED: This 7th day of December, 2016.

_____
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERTA ANN STEVENS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO GENTRY et al., ) <br> ) <br> Defendants. ) <br> _____ ) | 2:16-cv-00277-JCM-GWF <br><br> REPORT OF ATTORNEY GENERAL <br> RE: RESULTS OF 90-DAY STAY |

**NOTE: ONLY THE OFFICE OF THE ATTORNEY GENERAL SHALL FILE THIS FORM. THE INMATE PLAINTIFF SHALL NOT FILE THIS FORM.**

On _____ [*the date of the issuance of the screening order*], the Court issued its screening order stating that it had conducted its screening pursuant to 28 U.S.C. § 1915A, and that certain specified claims in this case would proceed. The Court ordered the Office of the Attorney General of the State of Nevada to file a report ninety (90) days after the date of the entry of the Court's screening order to indicate the status of the case at the end of the 90-day stay. By filing this form, the Office of the Attorney General hereby complies.

///
///
///
///

**REPORT FORM**

[Identify which of the following two situations (identified in bold type) describes the case, and follow the instructions corresponding to the proper statement.]

**Situation One: Mediated Case: The case was assigned to mediation by a court-appointed mediator during the 90-day stay.** [If this statement is accurate, check **ONE** of the six statements below and fill in any additional information as required, then proceed to the signature block.]

\_\_\_\_ A mediation session with a court-appointed mediator was held on _____ [*enter date*], and as of this date, the parties have reached a settlement (*even if paperwork to memorialize the settlement remains to be completed*). (*If this box is checked, the parties are on notice that they must SEPARATELY file either a contemporaneous stipulation of dismissal or a motion requesting that the Court continue the stay in the case until a specified date upon which they will file a stipulation of dismissal.*)

\_\_\_\_ A mediation session with a court-appointed mediator was held on _____ [*enter date*], and as of this date, the parties have not reached a settlement. The Office of the Attorney General therefore informs the Court of its intent to proceed with this action.

\_\_\_\_ No mediation session with a court-appointed mediator was held during the 90-day stay, but the parties have nevertheless settled the case. (*If this box is checked, the parties are on notice that they must SEPARATELY file a contemporaneous stipulation of dismissal or a motion requesting that the Court continue the stay in this case until a specified date upon which they will file a stipulation of dismissal.*)

\_\_\_\_ No mediation session with a court-appointed mediator was held during the 90-day stay, but one is currently scheduled for _____ [*enter date*].

\_\_\_\_ No mediation session with a court-appointed mediator was held during the 90-day stay, and as of this date, no date certain has been scheduled for such a session.

\_\_\_\_ None of the above five statements describes the status of this case. Contemporaneously with the filing of this report, the Office of the Attorney General of the State of Nevada is filing a separate document detailing the status of this case.

\* \* \* \* \*

**Situation Two: Informal Settlement Discussions Case: The case was NOT assigned to mediation with a court-appointed mediator during the 90-day stay; rather, the parties were encouraged to engage in informal settlement negotiations**. [If this statement is accurate, check **ONE** of the four statements below and fill in any additional information as required, then proceed to the signature block.]

\_\_\_\_ The parties engaged in settlement discussions and as of this date, the parties have reached a settlement (*even if the paperwork to memorialize the settlement remains to be completed*). (*If this box is checked, the parties are on notice that they must SEPARATELY file either a contemporaneous stipulation of dismissal or a motion requesting that the Court continue the stay in this case until a specified date upon which they will file a stipulation of dismissal.*)

4

\_\_\_\_  The parties engaged in settlement discussions and as of this date, the parties have not reached a settlement. The Office of the Attorney General therefore informs the Court of its intent to proceed with this action.

\_\_\_\_  The parties have not engaged in settlement discussions and as of this date, the parties have not reached a settlement. The Office of the Attorney General therefore informs the Court of its intent to proceed with this action.

\_\_\_\_  None of the above three statements fully describes the status of this case. Contemporaneously with the filing of this report, the Office of the Attorney General of the State of Nevada is filing a separate document detailing the status of this case.

Submitted this _____ day of _____, _____ by:

Attorney Name: _____   _____
                              Print                                                             Signature

Address:   _____      Phone:
                                                                                                    _____

                  _____      Email:
                                                                                                    _____