# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERTA ANN STEVENS, | ) |
| Plaintiff, | ) Case No. 2:16-cv-00277-JCM-GWF |
| vs. | ) **ORDER** |
| JO GENTRY, *et al*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion to Substitute Counsel (ECF No. 16), filed on January 18, 2017. Plaintiff filed her Application for Leave to Proceed *In Forma Pauperis* (ECF No. 1) on February 11, 2016 and represents herself pro se. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Substitute Counsel (ECF No. 16) is **granted**. The Clerk of Court shall substitute M. Greg Mullanax, Esq. as counsel of record for Plaintiff Roberta Ann Stevens in place of Roberta Ann Stevens.

DATED this 19th day of January, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge