1  KRISTOL BRADLEY GINAPP, ESQ.
   Nevada Bar No. 8468
2  E-mail: kginapp@nevadafirm.com
   HOLLEY DRIGGS WALCH
3  FINE WRAY PUZEY & THOMPSON
   400 South Fourth Street, Third Floor
4  Las Vegas, Nevada 89101
   Telephone:  702/791-0308
5  Facsimile:  702/791-1912

6  *Attorneys for Defendants*
   *Silver State Industries, Sherrie Horton,*
7  *and Assistant Warden Tanya Hill*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERTA ANN STEVENS, | CASE NO.: 2:16-cv-00277-JCM-GWF |
| Plaintiff, | |
| v. | **SUBSTITUTION OF COUNSEL** |
| JO GENTRY, WARDEN, et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that, subject to approval by the court, SILVER STATE INDUSTRIES, SHERRIE HORTON, and ASSISTANT WARDEN TANYA HILL substitute KRISTOL BRADLEY GINAPP, ESQ., of the law firm HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON, as counsel of record in place of the law firm LEWIS BRISBOIS BISGAARD & SMITH.

Contact information for new counsel is as follows:

KRISTOL BRADLEY GINAPP, ESQ.
Nevada Bar No. 8468
E-mail: kginapp@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:  702/791-0308
Facsimile:  702/791-1912

Defendant SILVER STATE INDUSTRIES hereby consents to the substitution.

Dated this 30th day of March, 2017.

By: /s/ [signature]
Authorized Representative for
Silver State Industries


Defendant SHERRIE HORTON hereby consents to the substitution.

Dated this _____ day of March, 2017.

By: _____
Sherrie Horton


Defendant ASSISTANT WARDEN TANYA HILL hereby consents to the substitution.

Dated this _____ day of March, 2017.

By: _____
Tanya Hill


LEWIS BRISBOIS BISGAARD & SMITH, LLP consents to the above substitution.

DATED this _____ day of March, 2017.

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: /s/ [signature]
DARRELL D. DENNIS, ESQ. (NBN: 6618)
E-mail: darrell.dennis@lewisbrisbois.com
CAYLA WITTY (NBN: 12897)
Email: cayla.witty@lewisbrisbois.com
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118

Defendant SILVER STATE INDUSTRIES hereby consents to the substitution.

Dated this _____ day of March, 2017.

By:_____
Authorized Representative for
Silver State Industries


Defendant SHERRIE HORTON hereby consents to the substitution.

Dated this  7th  day of ~~March~~, 2017.
                    April

By:_____
Sherrie Horton


Defendant ASSISTANT WARDEN TANYA HILL hereby consents to the substitution.

Dated this _____ day of March, 2017.

By:_____
Tanya Hill


LEWIS BRISBOIS BISGAARD & SMITH, LLP consents to the above substitution.

DATED this _____ day of March, 2017.

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By:_____
DARRELL D. DENNIS, ESQ. (NBN: 6618)
E-mail: darrell.dennis@lewisbrisbois.com
CAYLA WITTY (NBN: 12897)
Email: cayla.witty@lewisbrisbois.com
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118

Defendant SILVER STATE INDUSTRIES hereby consents to the substitution.

Dated this _____ day of March, 2017.

By:_____
Authorized Representative for
Silver State Industries


Defendant SHERRIE HORTON hereby consents to the substitution.

Dated this _____ day of March, 2017.

By:_____
Sherrie Horton


Defendant ASSISTANT WARDEN TANYA HILL hereby consents to the substitution.

Dated this _____ day of March, 2017.

By:_____
Tanya Hill


LEWIS BRISBOIS BISGAARD & SMITH, LLP consents to the above substitution.

DATED this _____ day of March, 2017.

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By:_____
DARRELL D. DENNIS, ESQ. (NBN: 6618)
E-mail: darrell.dennis@lewisbrisbois.com
CAYLA WITTY (NBN: 12897)
Email: cayla.witty@lewisbrisbois.com
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118

HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON consents to the above substitution.

DATED this 7th day of ~~March~~ April, 2017.

HOLLEY DRIGGS WALCH FINE WRAY
PUZEY & THOMPSON

By: /s/ Kristol Bradley Ginapp
KRISTOL BRADLEY GINAPP, ESQ. (NBN: 8468)
E-mail: kginapp@nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

The substitution of attorney is hereby approved and so ORDERED.

DATED          April 14, 2017

By: /s/ George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

3