1  KRISTOL BRADLEY GINAPP, ESQ.
   Nevada Bar No. 8468
2  E-mail: kginapp@nevadafirm.com
   HOLLEY DRIGGS, WALCH
3  FINE PUZEY STEIN & THOMPSON
   400 South Fourth Street, Third Floor
4  Las Vegas, Nevada 89101
   Telephone:    702/791-0308

Attorneys for Defendants
Tanya Hill, Silver State Industries,
and Sherrie Horton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERTA ANN STEVENS,<br><br>        Plaintiff,<br>v.<br><br>JO GENTRY, WARDEN, et al.<br><br>        Defendants. | CASE NO. 2:16-cv-00277-JCM-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Roberta Ann Stevens and Defendants Tanya Hill, Silver State Industries, and Sherrie Horton, by and through their counsel of record, that Plaintiff's Complaint shall be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

Dated this 6th day of February 2019.

**LAW OFFICE OF M. GREG MULLANAX**

*/s/ M. Greg Mullanax*
M. Greg Mullanax
2140 N. Winery Avenue, Suite 101
Fresno, CA 93703
*Attorney for Plaintiff*

**IT IS SO ORDERED.**

Dated this 6th day of February 2019.

**HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON**

*/s/ Kristol Bradley Ginapp*
KRISTOL BRADLEY GINAPP, ESQ.
Nevada Bar No. 5949
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Defendants*

By: _____
UNITED STATES DISTRICT JUDGE

DATED February 12, 2019.